IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 5:10-cr-39-RS-GRJ

MARTIN RAMIREZ-RODRIGUEZ,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 363) and Defendant's Objections (Doc. 367). I have reviewed Defendant's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. The Motion to Dismiss (Doc. 344) is **GRANTED**.
3. The Motion to Vacate (Doc. 333) is **DENIED**.
4. The certificate of appealability is **DENIED**.
5. The clerk is directed to close the file.

**ORDERED** on January 14, 2013.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**