IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 5:10cr39-RH

MARTIN RAMIREZ-RODRIGUEZ,

    Defendant.

_____/

## ORDER DENYING THE PETITION FOR A WRIT OF
## ERROR CORAM NOBIS OR AUDITA QUERELA

The defendant pleaded guilty to five counts. One count charged possessing firearms in furtherance of a drug trafficking crime. The sentence on that count was 30 years consecutive to the sentence on the other counts. This was the minimum mandatory sentence, because the firearms were machine guns. *See* 18 U.S.C. § 924(c)(1)(B).

The defendant has unsuccessfully pursued a direct appeal, motion for relief under 28 U.S.C. § 2255, and application for leave to file a second motion under § 2255. In denying the application for leave, the Eleventh Circuit explained that recent Supreme Court decisions do not call into question the validity of the defendant's 924(c) conviction.

The defendant now has filed an application for relief that the defendant labels a petition for a writ of error coram nobis or audita querela. The application is procedurally and substantively unfounded. The only proper vehicle for obtaining relief on grounds like those the defendant now asserts is a § 2255 motion. But a defendant may pursue a second or successive § 2255 motion only if the court of appeals authorizes it. This court lacks jurisdiction to address a successive § 2255 motion. And the defendant has asserted nothing that would entitle him to relief, even in a timely first § 2255 motion. Accordingly,

IT IS ORDERED:

The petition for a writ of error coram nobis or audita querela, ECF No. 429, is denied. The clerk must enter a judgment so providing.

SO ORDERED on November 11, 2016.

>s/Robert L. Hinkle
>United States District Judge